UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-02217 |
| CHRISTOPHER SOPIARZ, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM FOR CREDITOR**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) That claim #14 (People's Medical Center) is allowed, and shall be paid pursuant to the provisions of the Chapter 13 plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 24, 2018

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC.
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com